■ DOUGLAS MCCUEN et al., Appellants, v M. J. PETERSON, Respondent.—Order affirmed without costs *(see, Richman v Albert,* 127 AD2d 992). All concur, Denman, J., not participating. (Appeal from order of Supreme Court, Erie County, Wolf, J.—dismiss causes of action; summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ In the Matter of the Guardianship of DUANE R., an Infant. (Appeal No. 1.)—Decree unanimously affirmed without costs for reasons stated in decision at Monroe County Surrogate's Court, Ciaccio, S. (Appeal from decree of Monroe County Surrogate's Court, Ciaccio, S.—guardianship.) Present —Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ In the Matter of the Adoption of DUANE R., an Infant. (Appeal No. 2.)—Order unanimously affirmed without costs. Memorandum: In view of the adverse determination of his petition for guardianship of the person of Duane R. *(see, Matter of Duane R.* [appeal No. 1] 134 AD2d 842), respondent Richard J. has no standing to contest the adoption of Duane R. by petitioner Alice R., since respondent is not a person "having lawful custody of the adoptive child" (Domestic Relations Law § 111 [1] [f]). (Appeal from order of Erie County Surrogate's Court, Mattina, S.—adoption.) Present— Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ In the Matter of the Adoption of DUANE R., an Infant. (Appeal No. 3.)—Order unanimously affirmed without costs. Same memorandum as in *Matter of Duane R.* ([appeal No. 2] 134 AD2d 842 [decided herewith]). (Appeal from order of Erie County Surrogate's Court, Mattina, S.—adoption.) Present— Callahan, J. P., Denman, Green, Pine and Davis, JJ.